# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0494.  WALLOB HEBEL v. KATHERINE I. HERCZEG.

On April 4, 2017, the trial court entered an order denying Wallob Hebel's petition for legitimation.   On May 1, 2017, Hebel filed a motion for extension of time to file an application for discretionary appeal in this Court to challenge the trial court's order.   We granted Hebel's motion and directed that he file his application no later than June 6, 2017.  See Case No. A17E0050, decided May 2, 2017.   Hebel filed his application on June 8, 2017.  We, however, lack jurisdiction.

OCGA § 5-6-39 (a) (5) permits this Court to grant an extension of time for filing an application for discretionary appeal, where, as in this case, the request is made "before expiration of the period for filing as originally prescribed or as extended by a permissible previous order."  OCGA § 5-6-39 (d); See also *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011).  In the order granting Hebel an extension, this Court required him to file his application by June 6, 2017, which he did not do.  Filing deadlines are jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012).  Because Hebel failed to file his application within the time proscribed by the Court's order, we lack jurisdiction to consider his application, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*C l e r k ' s    O f f i c e ,*

*Atlanta,___06/28/2017_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*